PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. Shirley Bowen           Docket No. 1:CR-01-292-02

### Petition on Probation and Supervised Release

COMES NOW _____ Stephen F. Leahey _____ PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Shirley Bowen who was sentenced to serve three months by the Honorable Yvette Kane sitting in the court at Harrisburg, PA, on the 18th day of April 2002 who fixed the period of supervised release at three years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:
* Supervision commenced on September 10, 2002.

> The defendant shall pay any balance of the restitution imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $100.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Mrs. Bowen was ordered to pay restitution in the amount of $39,404.00. Probation office records reflect that Mrs. Bowen has thus far paid a total of $3,200.00. The defendant appears to have made restitution payments to the best of her ability and in accordance with the special condition of her supervised release. However, a restitution balance of $35,904.00 remains. Mrs. Bowen has executed an Agreement (attached) regarding the unpaid restitution and has agreed to continue making payments should her term of supervised release be permitted to expire..

During the past three years, Mrs. Bowen has been employed on a full-time basis earning approximately $1,000 per month. The defendant has generally complied with the conditions of supervision, was responsive to the probation officer's guidance, and there does not appear to be a basis for a violation action. It is recommended that her supervised release be permitted to expire. Assistant U.S. Attorney Kim Daniel does not object to the recommendation.

PRAYING THAT THE COURT WILL ORDER that the defendant's term of supervised release be permitted to expire on September 9, 2005, without further action of the court.

ORDER OF COURT                                             Respectfully,

Considered and ordered this __23rd__ day
of __Sept__, 2005, and ordered filed
and made a part of the records in the above case.          Stephen F. Leahey
                                                           U.S. Probation Officer

_____                                    Place Harrisburg, PA
U.S. District Judge                                        Date September 7, 2005